School Dist. No. 29, McClain Co., v. First Nat. Bank of Blanchard et al.

The authorities cited in the disposition of said case are referred to and adopted as applicable in this case.

The motion of said board to dismiss this appeal is sustained, and the appeal is therefore dismissed.

All the Justices concur.

---

SCHOOL DIST. NO. 29, McCLAIN COUNTY, v. FIRST NAT. BANK OF BLANCHARD *et al.*

No. 3074.    Opinion Filed March 31, 1914.

(139 Pac. 989.)

**APPEAL AND ERROR** — Parties — Joint Judgment — Service of Case-Made. All parties to a joint judgment must be joined in a proceeding in error in this court, either as plaintiffs or as defendants in error, before such judgment can be reviewed; and, where the review is sought by means of petition in error and case-made, service of the case-made within the time prescribed by statute must be had upon all parties against whom the joint judgment is rendered who do not join in the appeal as plaintiffs in error, and who are not made parties thereto as defendants in error, and failure to serve the case-made upon such parties will operate to prevent the same from being considered in this court.

(Syllabus by the Court.)

*Error from District Court, McClain County;*
*R. McMillan, Judge.*

Action by the First National Bank of Blanchard against W. A. Jones and School District No. 29, McClain County, and others. Judgment for plaintiff, and defendant School District brings error. Dismissed.

*J. W. Hocker,* for plaintiff in error.

*J. F. Sharp* and *J. B. Dudley,* for defendants in error.

RUSSELL, J.   A suit was instituted in the district court of McClain county by the First National Bank of Blanchard, one of the defendants in error, against W. A. Jones and school district No. 29 of McClain county, state of Oklahoma, and others,

who were mechanic's lienholders.    On a trial of the case to the
court in April, 1911, a joint judgment in favor of the defendant
in error herein, First National Bank of Blanchard, was rendered
against school district No. 29, now plaintiff in error, and W. A.
Jones (the contractor), for the sum of $2,154.95, together with
interest thereon at 6 per cent. per annum from February 10,
1910, and costs of suit.

A motion for new trial on behalf of school district No. 29
was presented, heard, and overruled by the trial court, from which
said final judgment school district No. 29 prosecutes an appeal
to this court.    The other defendant (W. A. Jones) in the joint
judgment has not prosecuted an appeal from said judgment, and
the same is final as to him.    Plaintiff in error filed its petition in
error in this court, and in its petition in error makes the First
National Bank of Blanchard (the plaintiff below) and W. A.
Jones (a codefendant of plaintiff in error in the court below) the
defendants in error.    Plaintiff in error presented to the attorney
of the First National Bank of Blanchard a case-made, and service
of same was accepted by the bank's attorney.    W. A. Jones, one
of the defendants in error, was never served with a case-made,
and, so far as the record discloses, never had an opportunity to
examine the same, or suggest amendments thereto; neither has
he waived his right to have a case-made presented to and exam-
ined by him, etc.    This appeal, being prosecuted from a joint
judgment rendered in the district court of McClain county in
favor of defendant in error, First National Bank of Blanchard,
as stated, is before us for review.

A motion has been filed in this court by defendant in error,
First National Bank of Blanchard, to dismiss the appeal upon the
ground that the case-made attached to the petition in error is void
because not served upon W. A. Jones (the contractor), who was
a joint defendant with the plaintiff in error in the court below,
and now a defendant in error.    The motion to dismiss the appeal
comes clearly within several of the decisions of this court, and,
under the authority clearly laid down in those decisions, the mo-
tion to dismiss must prevail.    *May et al. v. Fitzpatrick et al.,* 35
Okla. 45, 127 Pac. 702; *American Nat. Bank of McAlester et al.*

School Dist. No. 29, McClain Co., v. First Nat. Bank of Blanchard et al.

*v. Mergenthaler Linotype Co.,* 31 Okla. 533, 122 Pac. 507; *Thompson et al. v. Fulton,* 29 Okla. 700, 119 Pac. 244; *Price et al. v. Covington,* 29 Okla. 854, 119 Pac. 626.

In the case of *National Surety Co. v. Oklahoma Presbyterian College for Girls et al.,* 38 Okla. 429, 132 Pac. 652, in which is quoted the authorities just referred to, Chief Justice Hayes, in rendering the opinion of the court, said:

"All parties to a joint judgment must be joined, in a proceeding in error in this court, either as plaintiffs or as defendants in error before such judgment can be reviewed; and, where the review is sought by means of petition in error and case-made, service of the case-made within the time prescribed by the statute must be had upon all parties against whom the joint judg-ment is rendered who do not join in the appeal as plaintiffs in error, and who are made parties thereto as defendants in error, and failure to serve the case-made upon such parties will operate to prevent the same from being considered in this court."

In this suit the contractor, W. A. Jones, was a necessary party, and he was sued, and a joint personal judgment against him and school district No. 29 was rendered by the trial court. He was not represented by the attorney of his codefendant, school district No. 29; but the petitioner in error makes him one of the defendants in error, and counsel for plaintiff in error, in his brief, page 29, says the school district brings the case to this court with the First National Bank of Blanchard and W. A. Jones as defendants in error, praying that the cause be reversed, and judgment rendered that the complaint of the bank be dismissed.

The motion to dismiss the appeal is sustained, and said cause is dismissed.

All the Justices concur.